FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA        09 MAR 20 PM 1: 24

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:08CR471 |
| v. | ) | |
| | ) | **SUPERSEDING INDICTMENT** |
| DELROY FISCHER, | ) | 18 U.S.C. § 922(g)(9) |
| Defendant. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT I

On or about the 17th day of September, 2008, in the District of Nebraska, the Defendant, DELROY FISCHER, having been convicted on or about April 5, 2006, in the County Court of Buffalo County, Nebraska of a misdemeanor crime of domestic violence, to wit: Attempted Assault in the Third Degree, a violation of §28-310 and §28-323 of the Revised Statutes of Nebraska, did knowingly possess in and affecting commerce, a firearm, to wit: a Western Field, Model 488A, .22 caliber rifle.

In violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

### COUNT II

Upon conviction of the offense charged in Count 1 set forth herein, any and all interest the Defendant, DELROY FISCHER, has in a Western Field, Model 488A, .22 caliber rifle, which had been previously shipped and transported in interstate commerce, a firearm involved or used in the knowing commission of the offense charged in Count I herein, is hereby vested in the United States and forfeited to the same.

In violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SANDRA L. DENTON
Assistant United States Attorney

2