IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:08CR471 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DELROY FISCHER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to proceed in forma pauperis on appeal. Filing No. 116. The court has carefully reviewed the record, including the defendant's affidavit, Filing No. 116, Attach. 1, and finds the motion should be granted.

THEREFORE, IT IS ORDERED that the defendant's motion to proceed in forma pauperis on appeal, Filing No. 116, is granted.

DATED this 30th day of September, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge