IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:08CR471 |
| v. | ) | |
| DELROY FISCHER | ) | ORDER |
| Defendant. | ) | |

     This matter is before the court on the defendant's Motion to Continue Self-surrender Date, Filing No. 122, for defendant Delroy Fischer. After considering the matter, the court will grant the motion.

     THEREFORE, IT IS ORDERED that the defendant's motion, Filing No. 122, is granted, and defendant Delroy Fischer shall self-surrender to the institution designated by the Bureau of Prisons on or before **January 5, 2011.**

     DATED this 25th day of October, 2010.

     BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge